IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| SOUTHERN MOTION, INC. and FUSION FURNITURE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> US ASSETS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO: 3:22-CV-00052-NBB-RP |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs Southern Motion, Inc. ("Southern Motion") and Fusion Furniture, Inc. ("Fusion Furniture", together with Southern Motion, "Plaintiffs"), by and through undersigned counsel, hereby move (this "Motion") the Court to enter a default judgment against Defendant US Assets, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2). In support of this Motion, Plaintiffs submit the Memorandum Brief in Support of Motion for Default Judgment (the "Memorandum"), filed contemporaneously herewith; the Affidavit of Andy Wellinghoff, Chief Financial Officer of Plaintiffs (the "Wellinghoff Affidavit"), attached hereto as **Exhibit A**; and the Affidavit of Evan N. Parrott, attorney for Plaintiffs (the "Parrott Affidavit"), attached hereto as **Exhibit B**.

WHEREFORE, for the reasons provided in the Memorandum, Plaintiffs request that the Court (i) enter an order, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, entering a default judgment against Defendant and in favor of Southern Motion for $1,394,557.68 and in favor of Fusion Furniture for $361,402.44, comprised of: (a) Guaranteed Amount (as defined in the Memorandum) of $1,122,510.65 in favor of Southern Motion; (b) Guaranteed Amount of $132,950.30 in favor of Fusion Furniture; (c) pre-judgment interest on

the Guaranteed Amount of $49,452.03 in favor Southern Motion; (d) pre-judgment interest on the Guaranteed Amount of $5,857.14 in favor Fusion Furniture; (e) the Conditional Interest Charge (as defined in the Memorandum) of $150,000.00 in favor of both Plaintiffs; and (f) attorneys' fees and other costs of collection of $72,595.00 in favor of both Plaintiffs, and (ii) grant Plaintiffs such further and related relief as is just and proper.

    Respectfully submitted this 20th day of June, 2022.

                                         */s/ Evan N. Parrott*
                                         Evan N. Parrott (MS Bar No. 104564)
                                         eparrott@maynardcooper.com
                                         MAYNARD COOPER GALE
                                         11 North Water Street
                                         RSA Battle House Tower, Suite 24290
                                         Mobile, AL 36602
                                         Telephone: 251-206-7449

                                         *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2022, I served a copy of the foregoing on the following via U.S. Mail:

    US Assets, Inc.
    c/o Vcorp Services, LLC
    701 S. Carson Street, Suite 200
    Carson City, NV 89701