## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **SOUTHERN MOTION, INC. and** | ) | |
| **FUSION FURNITURE, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 3:22-CV-00052-NBB-RP** |
| | ) | |
| **US ASSETS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## <u>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT</u>

Upon consideration of the Motion for Default Judgment (Doc. 12) filed by Plaintiffs Southern Motion, Inc., and Fusion Furniture, Inc., for entry of a default judgment against Defendant US Assets, Inc., pursuant to Fed. R. Civ. P. 55(b)(2); the Memorandum Brief in Support of Motion for Default Judgment (Doc. 13); the affidavits filed in support thereof; the pleadings and filings of record; and it appearing that no other or further notice be given; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The Motion for Default Judgment is GRANTED as set forth herein.

2. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment by default is hereby entered:

    a. in favor of Southern Motion for $1,394,557.68, comprised of:

        i. Guaranteed Amount[1] of $1,122,510.65;

        ii. pre-judgment interest on the Guaranteed Amount of $49,452.03;

        iii. the Conditional Interest Charge of $150,000.00; and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Memorandum.

         iv.      attorneys' fees and other costs of collection of $72,595.00.

    b.    in favor of Fusion Furniture for $361,402.44, comprised of:

         i.      Guaranteed Amount of $132,950.30;

         ii.      pre-judgment interest on the Guaranteed Amount of $5,857.14;

         iii.      the Conditional Interest Charge of $150,000.00; and

         iv.      attorneys' fees and other costs of collection of $72,595.00.

3.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

This 21st day of June, 2022.

               /s/ Neal Biggers
               NEAL B. BIGGERS, JR.
               UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**
*/s/ Evan N. Parrott*
Evan N. Parrott (MS Bar No. 104564)
eparrott@maynardcooper.com
MAYNARD COOPER GALE
11 North Water Street
RSA Battle House Tower, Suite 24290
Mobile, AL 36602
Telephone:  251-206-7449

*Counsel for Plaintiffs*